# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE SERVICES LLC, ET AL.,<br><br>　　　　　　　Defendant. | Case No. 3:13-cv-01967-CAB-RBB<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[Doc. No. 58]** |

Based upon the Joint Stipulation and Motion for Dismissal, and for good cause appearing, the Court **GRANTS** the Joint Stipulation and Motion for Dismissal. This action is **DISMISSED WITH PREJUDICE**, in its entirety and as to all defendants.

It is **SO ORDERED.**

Dated: October 29, 2014

_____

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE